IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HOME INSTEAD, INC., A Nebraska Corporation, | ) ) ) |
| Plaintiff, | ) ) Case No. 8:11cv86 |
| vs. | ) ) ORDER TO SHOW CAUSE |
| MERLE BOYCE and CHARLES BOYCE, JR., | ) ) ) ) |
| Defendants. | ) |

The records of the court show that, by letter dated April 13, 2011 attorney Nicole Taylor was directed to register for 1) admission to practice in this court, and 2) for the Case Management/Electronic Case Files (CM/ECF) system. Counsel has complied with the first requirement. However, the Clerk of the Court has advised that as of this date, counsel has not registered for the System, as required by the NEGenR 1.3(a) and NEGenR 1.3(b)(1).

**IT IS ORDERED:**

1. On or before **June 17, 2011**, attorney Nicole Taylor, shall register for the CM/ECF system or show cause by written affidavit why she cannot comply with the rules of the court.

Dated this 2nd day of June 2011.

BY THE COURT:

S/ F.A. Gossett, III
United States Magistrate Judge