# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **HOME INSTEAD, INC.,** a Nebraska Corporation, </br></br>Plaintiff, </br></br>vs. </br></br>**MERLE BOYCE,** an individual, and **CHARLES BOYCE, JR.,** an individual, </br></br>Defendants. | Case NO. 8:11cv86 </br></br></br>ORDER |

The records of the court show that a letter was sent on April 13, 2011, to:

>Nicole Taylor
>Taylor Law Firm, P.C.
>1409 South Lamar Street
>Suite 548
>Dallas, TX 75215

from the Office of the Clerk directing that she register for the U.S. District Court of Nebraska's Case Management/Electronic Case Filing System ("CM/ECF System") within fifteen days.  *See* NEGenR. 1.3.

On June 2, 2011, the court issued an Order to Show Cause (filing 22) directing that Nicole Taylor register for the CM/ECF System by June 17, 2011, or show cause by written affidavit why she cannot comply with the rules of the court.  As of the close of business on August 2, 2011, Ms. Taylor has neither complied with the request set forth in the letter from the Office of the Clerk, nor has she complied with the court's Order of June 2, 2011.

Accordingly,

**IT IS ORDERED:**

1. On or before **August 15, 2011**, attorney Nicole Taylor shall register for the CM/ECF System or show cause by written affidavit why she cannot comply with the rules of the court. Failure to comply with this order will result in Ms. Taylor being removed as counsel of record for the defendants.

2. The Clerk of the Court is directed to mail copies of this order to the defendants at the addresses listed in the return of service forms, advising each of them that unless their counsel complies, they will be deemed without legal representation and proceeding *pro se*.

3. By a separate filing, the court will issue an Order for Initial Progression of Case, which will also be sent to each of the defendants, by the Clerk of the Court.

**Dated August 3, 2011.**

        **BY THE COURT:**

        **S/ F.A. Gossett, III**
        **United States Magistrate Judge**