# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| HOME INSTEAD, Inc., a Nebraska corporation, | ) ) ) | |
| Plaintiff, | ) ) | 8:11CV86 |
| V. | ) ) | |
| MERLE BOYCE, an individual, and CHARLES BOYCE JR., an individual, | ) ) ) ) | ORDER |
| Defendants. | ) | |

This matter is before the Court on Nicole Taylor's unopposed motion to withdraw as counsel for Defendants (filing 41). At the time Ms. Taylor filed her motion to withdraw, substitute counsel had not entered an appearance on behalf of Defendants. Consequently, the Court set the motion for hearing. Attorneys Dan Wyde and James Guinan have since entered their appearance (filing 50) for Defendants and *pro hac vice* documents for these attorneys are forthcoming. Accordingly, the motion to withdraw will now be granted and the hearing on the motion cancelled.

**IT IS ORDERED:**

1. Nicole Taylor's Unopposed Motion for Withdrawal of Representation (filing 41) is granted.

2. The Clerk of Court shall terminate Ms. Taylor as counsel of record for Defendants and shall terminate future notices to her in this matter.

3. The hearing on the motion to withdraw scheduled for June 7, 2012, is cancelled.

**DATED June 6, 2012.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**