IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **HOME INSTEAD, Inc., a Nebraska corporation,** | ) ) ) | |
| Plaintiff, | ) ) | 8:11CV86 |
| V. | ) ) | |
| **MERLE BOYCE, an individual, CHARLES BOYCE JR., an individual, and BOYCE ENTERPRISES,** | ) ) ) ) ) ) | ORDER |
| Defendants. | ) | |

Plaintiff has filed a motion requesting that the Court temporarily extend the deadlines set forth in the Progression Order (filing 62) by sixty days and schedule a telephonic hearing to discuss and set progression deadlines. (Filing 69.) Defendants have not objected to Plaintiff's motion.

Plaintiff's motion for an extension of deadlines and request for a telephonic hearing will be denied. However, the Court will order the parties to confer and jointly submit to the Court a proposed, revised progression schedule.[1] If the parties are unable to reach an agreement with respect to progression deadlines, Plaintiff may renew its motion for extension of time and request for a telephone conference.

**IT IS ORDERED:**

1. Plaintiff's Motion for Extension of Progression Order Deadlines (filing 69) is denied without prejudice to reassertion at a later time.

---

[1] The Court recognizes that the deadline for Plaintiff to disclose its expert witnesses was December 3, 2012. However, given Plaintiff's motion, the proposed progression schedule may include a revised deadline for Plaintiff's expert disclosures.

2. By or before December 20, 2012, the parties shall jointly submit to the Court a proposed progression schedule for this case.

**DATED December 6, 2012.**

                              **BY THE COURT:**

                              **S/ F.A. Gossett**
                              **United States Magistrate Judge**