IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **HOME INSTEAD, Inc., a Nebraska corporation,** )<br>)<br>)<br>  Plaintiff, )<br>)<br>V. )<br>)<br>**MERLE BOYCE, an individual,** )<br>**CHARLES BOYCE JR., an** )<br>**individual, and BOYCE** )<br>**ENTERPRISES,** )<br>)<br>  **Defendants.** ) | 8:11CV86<br><br><br><br>ORDER |

Plaintiff has filed a motion requesting that the Court temporarily extend the deadlines set forth in the Progression Order (filing 62) by sixty days and schedule a telephonic hearing to discuss and set progression deadlines. (Filing 69.) Defendants have not objected to Plaintiff's motion.

Plaintiff's motion for an extension of deadlines and request for a telephonic hearing will be denied. However, the Court will order the parties to confer and jointly submit to the Court a proposed, revised progression schedule.[1] If the parties are unable to reach an agreement with respect to progression deadlines, Plaintiff may renew its motion for extension of time and request for a telephone conference.

**IT IS ORDERED:**

1. Plaintiff's Motion for Extension of Progression Order Deadlines (filing 69) is denied without prejudice to reassertion at a later time.

---

[1] The Court recognizes that the deadline for Plaintiff to disclose its expert witnesses was December 3, 2012. However, given Plaintiff's motion, the proposed progression schedule may include a revised deadline for Plaintiff's expert disclosures.

2. By or before December 20, 2012, the parties shall jointly submit to the Court a proposed progression schedule for this case.

**DATED December 6, 2012.**

        **BY THE COURT:**

        **S/ F.A. Gossett**
        **United States Magistrate Judge**