IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **HOME INSTEAD, Inc., a Nebraska corporation,** ) ) ) | | |
| Plaintiff, ) ) | 8:11CV86 | |
| V. ) ) | | |
| **MERLE BOYCE, an individual, CHARLES BOYCE JR., an individual, and BOYCE ENTERPRISES,** ) ) ) ) ) | ORDER | |
| Defendants. ) | | |

The parties submitted a Joint Status Report (filing 76) advising the Court that a settlement agreement has been reached in this case. The parties further advised the Court that they anticipate they will be in a position to file a stipulated motion to dismiss by mid-May, 2013.

Based on these representations,

**IT IS ORDERED:**

1. The parties shall file a stipulated motion to dismiss by or before June 1, 2013, or, alternatively, a joint report detailing the status of this case.

2. Plaintiff's Motion to Compel (filing 72) is denied without prejudice to reassertion should this case not be resolved as anticipated by the parties.

**DATED May 2, 2013.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**